# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

GIOVANNA ANDREINA BECERRA LOPEZ,

     Petitioner,

VS.                                           CASE NO. 6:26-cv-685-JA-LHP

LOUIS A. QUINONES, JR.;
GARRETT J. RIPA; and KRISTI
NOEM,

     Respondents.

_____

## TEMPORARY RESTRAINING ORDER

Before the Court is Petitioner's Emergency Petition for Writ of Habeas Corpus (Doc. 1) filed under 28 U.S.C. § 2241 challenging the legality of her detention by U.S. Immigration and Customs Enforcement (ICE). Also before the Court is Petitioner's Emergency Motion for a Temporary Restraining Order (TRO). (Doc. 3). At the time of filing her Petition, Petitioner was detained at the Orange County Jail, but she is now detained at the Flagler County Jail, 1002 Justice Lane, Bunnell, FL 32110. (Doc. 8). The person in charge of the Flagler County Jail is Division Chief Daniel Engert. (*Id.*).

Upon consideration of the Petition, Motion for a TRO, and similar cases in this district where the Government has sought to relocate petitioners before

the Court has an opportunity to rule on the merits (*see, e.g., Nahadian Fard v. Bondi et al.*, No. 6:26-cv-157 (Doc. 23) (M.D. Fla. Feb. 12, 2026)), and for the reasons stated in *Rondon Rodriguez v. Quinones*, No. 6:26-cv-238 (Doc. 7) (M.D. Fla. Feb. 4, 2026), it is **ORDERED** that:

1. Petitioner's Emergency Motion for a Temporary Restraining Order (TRO), (Doc. 3), is **GRANTED in part**. The motion is granted to the extent that Respondents are **TEMPORARILY RESTRAINED AND ENJOINED** from moving Petitioner out of the Flagler County Jail **until further order of the Court**. Respondents may return Petitioner to detention at the Orange County Jail pending the hearing in this case, provided that notice is provided to the Court within 24 hours of Petitioner's return to the Orange County Jail. No bond is required as the Court deems it unnecessary. This temporary restraining order expires **Thursday, April 16, 2026, at 11:59 p.m.**, unless extended.

2. The Clerk of Court is **DIRECTED** to serve a copy of the Petition (Doc. 1), Motion for a TRO (Doc. 3), and this Order on Respondents and the Division Chief of the Flagler County Jail, Daniel Engert, no later than **Friday, April 3, 2026**, and to notify the Court that service has been effected. The Clerk shall serve a copy of the Petition, Motion for a TRO, and this Order on:

2

    a. Immigration and Customs Enforcement (ICE) (attn to the Assistant Field Office Directors) via email at OPLAORLFEDLIT@ice.dhs.gov;

    b. United States Attorney's Office (USAO) via email at USAFLM.Orlando2241@usdoj.gov;

    c. The Orange County Jail/Warden's Office via email at michele.carpentieree@ocfl.net;

    d. The Orange County Sheriff's Office—Legal Services via email at so-as-legalservices@ocsofl.com and OCCDRecords@ocfl.net;

    e. The United States Marshal Service (USMS) via email at usms-mfl-orl@usdoj.gov;

    f. The Flagler County Jail/Warden's Office and Daniel Engert, Division Chief of the Flagler County Jail, at any email addresses on file with the Clerk's office and by certified mail at any physical addresses on file with the Clerk's Office; and

    g. Copies via certified mail to the USAO and the United States Attorney General (USAG) at physical addresses on file with the Clerk's office.

3. Respondents are **DIRECTED** to respond in writing to the Petition by **Monday, April 6, 2026, at 12:00 p.m.**: (1) asserting the statutory

basis for Petitioner's detention, and (2) showing cause why the Court should not grant the Petition and issue an injunction.

4. This matter is **SET** for an evidentiary hearing on **Tuesday, April 7, 2026, at 2:00 p.m.** in Courtroom 6B of the Orlando Federal Courthouse.

5. Petitioner's presence is **REQUIRED** at the hearing. The Court **ISSUES** a Writ of Habeas Corpus Ad Testificandum as follows:

    a. TO: Louis A. Quinones, Jr.;

    b. TO: Immigration and Customs Enforcement (ICE);

    c. TO: ICE Field Office Director, Orlando Field Office;

    d. TO: Daniel Engert, Division Chief, Flagler County Jail; and

    e. TO: Any United States Marshal.

It appearing to the Court that Giovanna Andreina Becerra Lopez, a material witness in this cause, is now confined in the Flagler County Jail, and that this case is set for a hearing before this Court in Courtroom Number 6B, United States Courthouse, 6th Floor, 401 W. Central Boulevard, Orlando, Florida 32801 at 2:00 p.m. on Tuesday, April 7, 2026, now therefore,

THIS IS TO COMMAND YOU, U.S. Immigration and Customs Enforcement (ICE), or their designee(s) at the Flagler County Jail, that you have the body of the said Giovanna Andreina Becerra Lopez, now in the custody of the Flagler County Jail and ICE, and confined in the Flagler County Jail, Bunnell, Florida, and you shall produce her under safe and secure conduct before this Court in Courtroom Number 6B, United States Courthouse, 6th Floor, 401 W. Central Boulevard, Orlando, Florida 32801, at 2:00 p.m. on Tuesday, April 7, 2026, or at such other time as the Court may

4

direct, to testify, participate, and view the proceedings in this cause; and

THIS IS TO FURTHER COMMAND ICE, or their designee(s) at the Flagler County Jail, that you shall maintain continuous custody and control of the body of the said Giovanna Andreina Becerra Lopez at all times while she is being transported to and present in the United States Courthouse for proceedings in this cause; and

THIS IS TO FURTHER COMMAND the United States Marshal or his designee(s) that although ICE, or their designee(s) at the Flagler County Jail, shall at all times maintain custody and control of the body of the said Giovanna Andreina Becerra Lopez, you shall be present in the courtroom at all times that the body of the said Giovanna Andreina Becerra Lopez is in the courtroom and shall remain with the body of the said Giovanna Andreina Becerra Lopez at all times that she is present in the United States Courthouse, except when she is secured in the holding cell of the United States Marshal; and

THIS IS TO FURTHER COMMAND ICE, or their designee(s) at the Flagler County Jail, that, absent an order otherwise, the body of said Giovanna Andreina Becerra Lopez shall be removed from the United States Courthouse at the close of each day during the pendency of these proceedings, and shall be returned to the United States Courthouse, 401 W. Central Boulevard, Orlando, Florida at 8:30 a.m. each day (or at such other time as the Court may direct), until the conclusion of these proceedings, if necessary.

6. The Clerk is **DIRECTED** to serve copies of the above-issued Writ on:

    a. The Orange County Jail/Warden's Office at michele.carpentieree@ocfl.net;

    b. The Orange County Sheriff's Office—Legal Services at so-as-legalservices@ocsofl.com and OCCDRecords@ocfl.net;

    c. The Flagler County Jail; and

    d. The United States Marshal Service.

5

7. An interpreter's services are **REQUIRED** at the hearing.

**DONE** and **ORDERED** on April 2, 2026, at 12 : 01 p.m.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Respondents
Daniel Engert, Division Chief, Flagler County Jail

6