# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

GIOVANNA ANDREINA BECERRA LOPEZ,

     Petitioner,

v.                                   Case No. 6:26-cv-685-JA-LHP

LOUIS A. QUINONES, JR.;
GARRETT J. RIPA; and KRISTI
NOEM,

     Respondents.

_____

## ORDER AND INJUNCTION

Before the Court is Giovanna Andreina Becerra Lopez's Petition for Writ of Habeas Corpus (Doc. 1).

At the hearing on the Petition for Writ of Habeas Corpus, Respondents agreed that the requirements of 8 U.S.C. § 1226 must be followed to effectuate a valid arrest in this case. However, the requirements of § 1226 are not met and it is unlikely that Ms. Becerra Lopez will receive a meaningful bond hearing before an immigration judge, absent the relief granted in this Order. Accordingly, Ms. Becerra Lopez is entitled to immediate release. Ms. Becerra Lopez has shown a likelihood of success on the merits sufficient to justify the issuance of an injunction because Ms. Becerra Lopez would suffer irreparable

injury absent relief, and the balance of equities and the public interest weigh in her favor.

Accordingly, it is **ORDERED and ADJUDGED**:

1. The Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**.

2. Respondents are **DIRECTED** to immediately release Petitioner.

3. The Court **INCORPORATES BY REFERENCE** the reasoning of Judge Dalton in *Gimenez Rivero v. Mina*, Case No. 6:26-cv-66 (Doc. 15) (M.D. Fla. Mar. 19, 2026).

4. Respondents Louis A. Quinones, Jr., ICE/U.S. Immigration and Customs Enforcement; the ICE Field Office Director of the Orlando Field Office; the U.S. Department of Homeland Security; and all other persons or entities acting in active concert or participation with them, are **PERMANENTLY RESTRAINED AND ENJOINED** from detaining Ms. Becerra Lopez under 8 U.S.C. § 1225. Respondents are **TEMPORARILY RESTRAINED AND ENJOINED** from detaining Ms. Becerra Lopez under 8 U.S.C. § 1226 until at least **Friday, April 17, 2026**. Should Respondents elect to detain her under that statute after that date, Respondents are **DIRECTED** to release her within ten days of her detainer unless she is provided with a bond hearing before an immigration judge within that ten-day period. If she is re-detained and released, Respondents must facilitate her transportation from the

2

detention facility by notifying her counsel of the time and place where she may be collected.

5. No security bond is required for this injunction as the Court deems it unnecessary.

6. Ms. Becerra Lopez is **DIRECTED** to notify her counsel should her place of residence change while her immigration proceedings are ongoing.

7. The Court **RETAINS** jurisdiction to enforce the terms of this Order. If Ms. Becerra Lopez is later detained and deprived of a timely hearing but not released as ordered herein, she may move to reopen this case without opening a new file. The Court also retains jurisdiction to consider the matter of fees and costs.

8. ICE shall immediately deliver to Ms. Becerra Lopez all of her property and immigration documents in its possession upon her request.

9. All of Ms. Becerra Lopez's personal property and immigration documents not currently located at the Immigration and Customs Enforcement (ICE) Facility at 9495 Delegates Drive Orlando, FL 32837 shall be delivered by Respondents to that ICE facility within **forty-eight hours** of this Order—before April 9, 2026, at 3:00 p.m. Ms. Becerra Lopez or a person designated by Ms. Becerra Lopez in writing to receive the property or documents may make the request for return

of the property before April 17, 2026, at the ICE facility located at 9495 Delegates Drive Orlando, FL 32837. ICE personnel are otherwise **ENJOINED** from removing Ms. Becerra Lopez's personal property and immigration documents from its Delegates Drive facility. Respondents are **PROHIBITED** from re-detaining Ms. Becerra Lopez if she personally appears at the Delegates Drive facility to retrieve her personal property and immigration documents within **ten days** from the date of this Order.

10.    Once Ms. Becerra Lopez is released from custody, Ms. Becerra Lopez's counsel is **DIRECTED** to file a notice within 24 hours confirming release.

**DONE** and **ORDERED** on April _7_, 2026 at _3_ : _44_ p.m.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Respondents

4